GUARANTY MORTGAGE COMPANY OF ATLANTA *et al.* *v.* NATIONAL LIFE INSURANCE COMPANY.

HUTCHESON, Justice. After a careful consideration of the assignments of error contained in the petition for certiorari, this court is of the opinion that the decision of the Court of Appeals is not erroneous for any reason assigned.

*Judgment affirmed. All the Justices concur, except Russell, C. J., and Atkinson, J., who dissent, and Jenkins, J., disqualified.*

No. 11761. MAY 18, 1937. ADHERED TO ON REHEARING, JULY 22, 1937.

*J. K. Jordan,* for plaintiffs in error.
*Little, Powell, Reid & Goldstein,* contra.